# In the United States Court of Federal Claims
(Pro Se)

| | |
|---|---|
| BRENDA C. ARMSTEAD,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 20-638C<br>(Filed: August 19, 2020) |

**ORDER**

    Ms. Armstead, proceeding pro se, has filed this civil action against the United States of America. To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees—a $350.00 filing fee plus a $50.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed in forma pauperis. See 28 U.S.C. §§ 1914, 1915.

    On May 26, 2020, the Clerk of the Court issued a notice to Ms. Armstead that the Court may dismiss her case because she has not paid the filing fee nor filed an application to proceed in forma pauperis. Docket No. 4. On June 10, the Court received a letter from Ms. Armstead where she indicated she would not pay the filing fee. Docket No. 7 ¶ 3.

    Accordingly, the Clerk of the Court is directed to dismiss this case without prejudice.

    **IT IS SO ORDERED.**

                                                                                        *Elaine D. Kaplan*<br>
                                                                                        ELAINE D. KAPLAN<br>
                                                                                       Judge